

# NUMBER 13-21-00193-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **DAVID SANCHEZ ROCHA,** | **Appellant,** |

**v.**

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Benavides and Silva
### Order Per Curiam

Appellant, David Sanchez Rocha, filed a notice of appeal attempting to appeal the trial court's final judgment in cause number CR-1397-17-C. The trial court clerk is required to provide a copy of the certification of the defendant's right of appeal to this Court. Tex. R. App. P. 25.2(e). On July 7, 2021 and July 21, 2021 the Clerk of the Court sent a request for the status of the certificate to the trial court and trial court clerk. To date, we have not

received a status or a copy of the trial court's certification of appellant's right to appeal.

However, if a trial court certification has not been signed and entered, the trial court shall immediately issue notice of a hearing and accordingly conduct a hearing addressing the foregoing matter. We further direct that, after conducting the hearing, the trial court certify whether appellant has the right of appeal and shall cause such certification to be filed with the Clerk of the Court within thirty days of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on this
9th day of August, 2021.